UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
Civil Division

| | | |
|---|---|---|
| **JANE DOE,** | ) | |
| Plaintiff, | ) | Civil Action No. 1:11-cv-875 (JEB) |
| v. | ) | |
| **WILLIAM A. SIPPER,** *et al.*, | ) | |
| Defendants. | ) | |

## ORDER

Upon consideration of the Joint Motion for Voluntary Dismissal of Plaintiff's Claims Against Defendant New Leaf Brands, Inc. and New Leaf Brands, Inc.'s Notice of Withdrawal of Pending Motion, and any opposition thereto, it is this 16th day of March, 2012, hereby

ORDERED, that the Motion is granted; and it is further

ORDERED, that Count II (Battery), Count IV (Intentional Infliction of Emotional Distress), and County VI (Reckless and Willful Disregard) – representing Plaintiff's claims against Defendant New Leaf Brands, Inc. – are dismissed with prejudice; and it is further

ORDERED, that Defendant New Leaf Brands, Inc.'s motion for leave to file a cross-claim against Defendant William A. Sipper is deemed withdrawn; and it is further

ORDERED, that this case shall proceed forward solely on Plaintiff's claims against Defendant William A. Sipper (Counts I, III, and V).

*/s/ James E. Boasberg*
The Honorable Judge James E. Boasberg
U.S. District Court for the District of Columbia

Copies to: All counsel